**UNITED STATES of America, Plaintiff—Appellee**

v.

**Kevin CARBE, also known as Kevin Nolan, Defendant—Appellant.**

No. 06–51672.

United States Court of Appeals, Fifth Circuit.

Nov. 13, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Edward L. Bravenec, McKnight & Bravenec, San Antonio, TX, for Defendant–Appellant.

Before REAVLEY, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

The Judgment and Sentence of the district court dated December 12, 2006 is AFFIRMED. *See* 5th Cir. R. 47.6.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.